IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY P. FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:04-0349 |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) Judge Thomas A. Wiseman, Jr. |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is defendant's Motion for Summary Judgment. (Doc. No. 15.) For the reasons set forth in the accompanying Memorandum, defendant's motion is GRANTED, and the case is DISMISSED.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge